**GARY R. STICKELL,**
**Attorney At Law, P.C.**
301 E. Bethany Home Road
Suite B100
Phoenix, AZ 85012
(602) 266-2622

Gary R. Stickell
AZ Bar #007512

Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re**<br>**DUSTIN LYON and JESSIE LYON,**<br>　　　　　　　　　**Debtors.** | In Proceedings Under Chapter 13<br><br>No. 2:09-bk-05369 GBN |
| **Dustin Lyon**<br>**ss# XXX-XX-6031**<br>**Jessie Lyon**<br>**ss# XXX-XX-9857**<br>**30408 N. 43rd Street**<br>**Cave Creek, Arizona 85331** | **NOTICE OF HEARING ON OBJECTIONS TO CLAIMS OF BANK OF NEW YORK MELLON AND CITIBANK AND ON DEBTORS' OBJECTION TO TRUSTEE'S LODGED ORDER OF DISMISSAL** |

**NOTICE IS GIVEN** that Debtors filed a Request for Hearing on the Objection to the claim of creditors the Bank of New York Mellon and Citibank, as well as Debtors' Objection to Trustee's Lodged Order of Dismissal on June 29, 2010.

**NOTICE IS FURTHER GIVEN** that a Hearing is scheduled on all matters listed above before the Hon. George B. Nielsen, Jr., on July 30, 2010 at 9:15 a.m. at the UNITED STATES BANKRUPTCY COURT, 230 NORTH FIRST AVENUE, PHOENIX, ARIZONA, COURTROOM 702.

\ \ \

\ \ \

| | |
|---|---|
| DATED: July 11, 2010 | **GARY R. STICKELL**<br>**Attorney at Law, P.C.**<br><br>By:__G.R.S. #7512_____<br>Gary R. Stickell<br>301 E. Bethany Home Road, Suite B100<br>Phoenix, Arizona 85012<br>Attorney for Debtors |

Original Electronically
filed July 11, 2010.

Copies sent July 11, 2010,
to:

Mark S. Bosco
Leonard McDonald
Tiffany & Bosco
2525 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Attorney for Creditors The Bank of New York Mellon and Citibank, NA

Russell Brown
3838 N. Central Avenue, Suite 800
Phoenix, Arizona 85012-1965
Trustee

By:__G.R.S. #7512_____